Scott E. Blakeley (State Bar No. 141418)
E-Mail: sblakeley@blakeleyllp.com
Bradley D. Blakeley (State Bar No. 189756)
E-Mail: bblakeley@blakeleyllp.com
BLAKELEY & BLAKELEY LLP
4685 MacArthur Court, Suite 421
Newport Beach, California 92660
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

Attorneys for Plaintiff, First Republic Bank,
a division of Merrill Lynch Bank & Trust Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK & TRUST CO., | CASE NO. 3:09-cv-00988-CRB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER APPROVING STIPULATION OF INSTALLMENT SETTLEMENT |
| v. | |
| THE STRAND GROUP, LLC; and ADAM MERMELSTEIN, | |
| Defendants. | |

A Stipulation of Installment Settlement ("Stipulation") by and between plaintiff, First Republic Bank, a division of Merrill Lynch Bank & Trust Co., and defendants, The Strand Group, Inc. and Adam Mermelstein, having been filed on May 14, 2009;

**IT IS ORDERED** that the Stipulation is approved; and

---

**ORDER APPROVING STIPULATION OF INSTALLMENT SETTLEMENT**

1

1  **IT IS FURTHER ORDERED** that the Court will retain limited jurisdiction to
2  enforce any default by the parties to the Stipulation and case is dismissed or judgment
3  entered.  This action for the purposes of the Court's calendar will be discontinued
4  without prejudice and without costs.
5  Dated:  May  26, 2009



_____
The Honorable Charles R. Breyer
United States District Court Judge