IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK & TRUST CO., <br><br>    Plaintiff, <br><br>  v. <br><br>STRAND GROUP, LLC and ADAM MERMELSTEIN, <br><br>    Defendants. | No. C09-00988 CRB <br><br>**ORDER** |

Upon representations of the parties that this matter has been settled and GOOD CAUSE APPEARING THEREFOR:

    There appears to be no further reason at this time to maintain the file as an open one for statistical purposes.  Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

    **IT IS SO ORDERED.**

Dated:   June 22, 2009

    CHARLES  R. BREYER
    UNITED STATES DISTRICT JUDGE