

1  Bradley D. Blakeley (State Bar No. 189756)
   E-Mail: bblakeley@blakeleyllp.com
2  BLAKELEY & BLAKELEY LLP
3  2 Park Plaza, Suite 400
   Irvine, California 92614
4  Telephone: (949) 260-0611
5  Facsimile: (949) 260-0613

6
   Attorneys for Plaintiff, First Republic Bank,
7  a division of Merrill Lynch Bank & Trust Co.

8                    UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10
11                   SAN FRANCISCO DIVISION

| 12 FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK & TRUST CO., | CASE NO.  3:09-cv-00988-CRB |
|---|---|
| 14 | [PROPOSED] ORDER APPROVING FIRST AMENDMENT TO STIPULATION OF INSTALLMENT SETTLEMENT |
| 15         Plaintiff, | |
| 16 v. | |
| 17 THE STRAND GROUP, LLC; and 18 ADAM MERMELSTEIN, | |
| 19         Defendants. | |

23      A Stipulation of Installment Settlement by and between plaintiff, First Republic

24  Bank, a division of Merrill Lynch Bank & Trust Co., and defendants, The Strand

25  Group, Inc. and Adam Mermelstein, having been filed on May 14, 2009, and a First

26  Amendment to Stipulation of Installment Settlement ("First Amendment to Stipulation")

27  by and between plaintiff and defendants having been filed on November 22, 2011;

28

ORDER APPROVING FIRST AMENDMENT TO STIPULATION OF INSTALLMENT SETTLEMENT
1

1     **IT IS ORDERED** that the First Amendment to Stipulation is approved; and

2     **IT IS FURTHER ORDERED** that the Court will retain limited jurisdiction to

3 enforce any default by the parties to the First Amendment to Stipulation and case is

4 dismissed or judgment entered.  This action for the purposes of the Court's calendar

5 will be discontinued without prejudice and without costs.

6 Dated: \_\_\_December 8_____ , 2011



The Honorable Charles ____
United States ____
Judge Charles R. Breyer

IT IS SO ORDERED

---

**ORDER APPROVING FIRST AMENDMENT TO STIPULATION OF INSTALLMENT SETTLEMENT**

2