1  Bradley D. Blakeley (State Bar No. 189756)
   E-Mail: bblakeley@blakeleyllp.com
2  BLAKELEY & BLAKELEY LLP
3  2 Park Plaza, Suite 400
   Irvine, California 92614
4  Telephone: (949) 260-0611
5  Facsimile: (949) 260-0613

6  Attorneys for Plaintiff, First Republic Bank,
7  a division of Merrill Lynch Bank & Trust Co.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK & TRUST CO., | CASE NO. 3:09-cv-00988-CRB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER APPROVING FIRST AMENDMENT TO STIPULATION OF INSTALLMENT SETTLEMENT |
| v. | |
| THE STRAND GROUP, LLC; and ADAM MERMELSTEIN, | |
| Defendants. | |

A Stipulation of Installment Settlement by and between plaintiff, First Republic Bank, a division of Merrill Lynch Bank & Trust Co., and defendants, The Strand Group, Inc. and Adam Mermelstein, having been filed on May 14, 2009, and a First Amendment to Stipulation of Installment Settlement ("First Amendment to Stipulation") by and between plaintiff and defendants having been filed on November 22, 2011;

---

ORDER APPROVING FIRST AMENDMENT TO STIPULATION OF INSTALLMENT SETTLEMENT

1

1    **IT IS ORDERED** that the First Amendment to Stipulation is approved; and

2    **IT IS FURTHER ORDERED** that the Court will retain limited jurisdiction to
3 enforce any default by the parties to the First Amendment to Stipulation and case is
4 dismissed or judgment entered. This action for the purposes of the Court's calendar
5 will be discontinued without prejudice and without costs.

6 Dated: December 8, 2011



The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

---

**ORDER APPROVING FIRST AMENDMENT TO STIPULATION OF INSTALLMENT SETTLEMENT**